```
          IN T`HE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

**FRANKLIN L. VICKERS, deceased,**
**by MATTHEW SCOTT VICKERS**                                **PLAINTIFF**

        v.             Civil No. 06-3023

**COMMISSIONER OF SOCIAL SECURITY**
**ADMINISTRATION**                                          **DEFENDANT**

## O R D E R

Now on this 30th day of July, 2007, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #7), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

The Court questions the legal capacity of Matthew Scott Vickers to continue this litigation, which was commenced by his father Franklin L. Vickers, deceased, but finds it unnecessary to resolve those questions in view of its conclusion that the Commissioner's determination should be affirmed. See **Underwood v. Finch, 318 F.Supp. 1157, D.C.N.C. 1970), aff'd, 433 F.2d 763 (1970).**

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge,** the decision of

the Commissioner of Social Security with regard to the claim of Franklin L. Vickers is hereby **affirmed.**

**IT IS SO ORDERED.**

  **/s/ Jimm Larry Hendren**
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**